2/20/19

United States District Court

Central District of California

Case Name: Annette Currence v. William Goldsmith

Case # 5:18-cv-02182-WDK-KK



FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Judge William D. Keller,

I am a widowed, 69 year old single woman on Social Security. The Department of Education (through Goldsmith & Hull, P.C.) is garnishing my SSI each month and it's causing me extreme financial hardship.

Based on what I was able to research, SSI shouldn't be garnished if I am enrolled in an Income Based Repayment Plan with the Department of Education and meet their income criteria.

I hired a company to process that paperwork for me and they found out that my loan had been outsourced to Goldsmith & Hull, P.C. to manage the collection process. We tried and tried to explain my situation and offer income documentation and they repeatedly denied my request for assistance. This simply isn't fair.

The office of Goldsmith & Hull should look at my current income & expenses and apply the same formula available to everyone else with Federal debt in the United States.

The purpose of this lawsuit was to finally let my story be heard. After repeated attempts of applying for assistance, this law firm should be ashamed of themselves for not allowing me the opportunity to rectify my situation and stop this garnishment.

Please order this law firm to review my present income/expenses and actually offer me the help that I believe I am qualified for. Because it's simply the right thing to do.


Sincerely,

☺ Annette

*Annette Currence* (signature)

Annette Currence
2352 San Padre Avenue
Hemet, CA  92545

Annette Currence
2352 San Padre Avenue
Hemet, CA 92545



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 22 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SANTA ANA
CA 926
20 FEB '19
PM 7 L

TO:
WDK / KK

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, CA 90012

FOREVER
930390105120135